IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
LEXINGTON DIVISION
*[Electronically Filed]*

| | |
|---|---|
| MICHAEL BROOKS<br><br>Plaintiff,<br><br>v.<br><br>CDOR LEX LOWRY, LLC;<br>M2 COWBOY INVESTOR, LP; and<br>MCR FUND II PROPERTY MANAGEMENT, LLC<br><br>Defendants. | Civil Action No.<br><br>Removed from: 22-CI-00783<br>Fayette Circuit Court<br><br>Judge: |

**<u>DEFENDANTS' RULE 7.1 CORPORATE DISCLOSURES</u>**

Defendants, CDOR Lex Lowry, LLC, M2 Cowboy Investor LP, and MCR Fund II Property Management LLC, in accordance with Fed. R. Civ. P. 7.1, state as follows:

Defendant CDOR Lex Lowry, LLC is owned by a private partnership between B9 Cowboy JV, LLC and M2 Cowboy Investor LP.

Defendant M2 Cowboy Investor LP is owned by MCR Hospitality Fund LP, which is privately owned.

Defendant MCR Fund II Property Management LLC is a subsidiary of its parent MCR Investors LLC, which is privately owned.

Respectfully submitted,

*/s/ Samuel E.T. Jones*

James N. Burd
Samuel E.T. Jones
Wilson, Elser, Moskowitz, Edelman & Dicker LLP
100 Mallard Creek Road, Suite 250
Louisville, KY 40207
Telephone: 502.238.8500
Facsimile: 502.238.7995
james.burd@wilsonelser.com
samuel.jones@wilsonelser.com
*Counsel for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on June 15th, 2022, I electronically served the foregoing on the following:

Tanner H. Schultz
Morgan & Morgan, PLLC
333 West Vine Street, Suite 1200
Lexington, KY 40507
*Counsel for Plaintiff*

*/s/ Samuel E.T. Jones*
*Counsel for Defendants*