IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
LEXINGTON DIVISION
*[Electronically Filed]*

| | |
|---|---|
| MICHAEL BROOKS<br><br>               Plaintiff,<br><br>  v.<br><br>CDOR LEX LOWRY, LLC;<br>M2 COWBOY INVESTOR, LP; and<br>MCR FUND II PROPERTY<br>MANAGEMENT, LLC<br><br>               Defendants. | Civil Action No. 5:22-cv-00153-DCR<br><br>Removed from: 22-CI-00783<br>Fayette Circuit Court<br><br>Judge: |

## NOTICE OF WITHDRAWAL OF RESPONSE TO ORDER TO SHOW CAUSE

Defendants, CDOR Lex Lowry, LLC, M2 Cowboy Investor, LP, and MCR Fund II Property Management, LLC, hereby give notice that they withdraw their Response to the Court's Order to Show Cause for Lack of Diversity. Defendants will supplement a response by the Court's appointed deadline of June 29, 2022.

272119960v.1

Respectfully submitted,

*/s/ Samuel E.T. Jones*
James N. Burd
Samuel E.T. Jones
Wilson, Elser, Moskowitz, Edelman & Dicker LLP
100 Mallard Creek Road, Suite 250
Louisville, KY  40207
Telephone: 502.238.8500
Facsimile: 502.238.7995
james.burd@wilsonelser.com
samuel.jones@wilsonelser.com
*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on June 15th, 2022, I electronically served the foregoing on the following:

Tanner H. Schultz
Morgan & Morgan, PLLC
333 West Vine Street, Suite 1200
Lexington, KY 40507
*Counsel for Plaintiff*

*/s/ Samuel E.T. Jones*
*Counsel for Defendants*

272119960v.1